IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| MICHAEL STEPP, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CIVIL ACTION NO. 2:09cv383-WHA |
| ) | |
| ALABAMA ATTORNEY GENERAL, ) | (WO) |
| TROY KING, ) | |
| ) | |
| Defendant. ) | |

## ORDER

Upon an independent evaluation and *de novo* review of this case, including the Recommendation of the Magistrate Judge (Doc. #4) and the Plaintiff's Objections (Doc. #5), the court finds the objections to be without merit, and they are hereby OVERRULED.

The court adopts the Recommendation of the Magistrate Judge, and it is hereby

ORDERED that this case is DISMISSED with prejudice prior to service of process pursuant to the provisions of 28 U.S.C. § 1915(e)(2)(B)(i).

DONE this 13th day May, 2009.

/s/ W. Harold Albritton
W. HAROLD ALBRITTON
SENIOR UNITED STATES DISTRICT JUDGE